CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
APR 09 2008
JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.
Tyrone L. Carter

Case No: 4:94CR00064-001
USM No: 04523-084

Date of Previous Judgment: August 16, 1995
(Use Date of Last Amended Judgment if Applicable)

Allegra Black, Office of the Federal Public Defender
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 121 months **is reduced to** 120 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120* to 121 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

*The low end of the amended guideline range is controlled by the statutory mandatory minimum of 120 months, pursuant to 21 U.S.C. § 841(b)(1)(A). Neither the 2007 amendments to the crack cocaine sentencing guidelines nor § 3582(c)(2) authorize a reduction below the statutory mandatory minimum, and the court finds the maximum reduction authorized under these provisions to be one month, as reflected in this order.

**III. ADDITIONAL COMMENTS**

The factors listed in 18 U.S.C. § 3553(a) having been considered, the government's objections to the reduction are overruled.

Except as provided above, all provisions of the judgment dated 08/16/1995 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: April 8, 2008

[signature]
Judge's signature

Effective Date: ____________
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title