# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA.
FILED
APR 30 2012
JULIA C. D...
BY: /s/ X. Clyft
DEP...

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:94CR70064 |
| TYRONE L. CARTER ) | USM No: 04523-084 |
| Date of Previous Judgment: 04/09/2008 ) | |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: ____ to ____ months     Amended Guideline Range: ____ to ____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS
Recent legislative amendments that reduced the statutory mandatory minimums are not retroactive. Because the defendant's advisory guideline range remains defined by the old mandatory minimum, that range has not changed, and he is not eligible for the requested sentence reduction under 18 U.S.C. § 3592(c). The court commends the defendant for working diligently to rehabilitate himself in prison, but has no authority to reduce the sentence.

Except as provided above, all provisions of the judgment dated  04/09/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  *April 30, 2012*

    /s/ James C. Turk
    Judge's signature

Effective Date: _____     James C. Turk, Senior United States District Judge
*(if different from order date)*     Printed name and title